VITEBSKER CREDIT ASSOCIATION, INC., Appellant, v. ZODIAC HOLDING CORPORATION and Others, Defendants, Impleaded with ISIDORE SOKOLOW and JACOB R. SCHIFF, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HYMAN SUTTIN, as President of BUTTON AND NOVELTY WORKERS' UNION, a Voluntary Unincorporated Association Consisting of More Than Seven Members, Respondent, v. UNITY BUTTON WORKS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [144 Misc. 784.]

EQUITABLE HOLDING CORPORATION, Respondent, v. CHARLES L. WOODY, JR., Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIA GOLDBERG, Respondent, v. HARRY L. BAKER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

STELLES MARKANTONIS and Others, Respondents, v. MADLAN REALTY CORPORATION and Others, Defendants. MAYLAYNE CORPORATION, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE BONNIE-B CO., INC., Respondent, v. I. BECK, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

AMERICAN TRI-ERGON CORPORATION and Others, Respondents, v. TON-BILD SYNDIKAT, A. G., and Others, Defendants, Impleaded with UNIVERSAL FILM, A. G., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [145 Misc. 344.]

MERCHANTS REFRIGERATING COMPANY, Appellant, v. UNITED ELECTRIC LIGHT AND POWER COMPANY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARGARET MOORE and HOWARD C. MOORE, Appellants, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.